SLIP OPINION

Cite as 2015 Ark. 218

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE THE ARKANSAS CONTINUING LEGAL EDUCATION BOARD | **Opinion Delivered** May 14, 2015 |

## PER CURIAM

The Honorable Tom Smitherman, Jr., of Hot Springs is reappointed to the Continuing Legal Education Board for a second three-year term to expire on May 14, 2018. Judge Smitherman is a representative of the Fourth Congressional District.

Michael Angel of Conway is reappointed to the Continuing Legal Education Board for a second three-year term to expire on May 14, 2018. Mr. Angel is an at-large representative, Position Seven.

The court extends its sincere appreciation to Judge Smitherman and Mr. Angel for accepting reappointment to this important Board.

Valerie Fortner of Little Rock is appointed to the Continuing Legal Education Board for a three-year term concluding on May 14, 2018. Ms. Fortner will be an at-large representative, Position Eight, and the court thanks Ms. Fortner for accepting appointment to this important Board. Ms. Fortner replaces Lynn Lisk of Fort Smith, who has passed away. The court extends its sympathy to Mr. Lisk's family and wishes to acknowledge his years of

dedicated service to this Board and to the legal community of Arkansas.